MELLINGER KARTZMAN LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Charles M. Forman, Chapter 7 Trustee for Prestige America Mfg. Corp.*

Order Filed on December 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>HASHAM R. SYED and NIGHAT A. SYED,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 22-17137 (VFP)<br><br>Chapter 13<br><br>The Honorable Vincent F. Papalia |

**CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT
PURSUANT TO 11 U.S.C. §§ 523(a), 1328 AND FED. R. BANKR. P. 4004**

The relief set forth on the following pages numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: December 8, 2022**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

Page 2 of 3
Debtor: Hasham R. Syed and Nighat A. Syed
Case No.: 22-17137-VFP
Caption: Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability of a Debt Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004

This matter having been brought before the Court by Charles M. Forman, the court-appointed Chapter 7 Trustee (the "Trustee") of Prestige America Mfg. Corp., creditor of Hasham R. Syed ("H. Syed") and Nighat A. Syed ("N. Syed"; together with H Syed the "Debtors"), by and through counsel, Mellinger Kartzman LLC, upon an application for the entry of a Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004; and the interested parties having amicably agreed to the relief sought and the Court having noted the consent of counsel to the within Order and for other good cause shown, it is hereby

**ORDERED AS FOLLOWS:**

1. The time within which Charles M. Forman may file a Complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004, and/or determine the dischargeability of a debt under 11 U.S.C. § 523(a) is hereby extended up to and including March 6, 2023, without prejudice to seek further extensions, and without prejudice to the Debtors' right to object to any further extensions.

2. A true copy of this Order shall be served upon the interest parties within seven (7) days of the date of entry.

Page 3 of 3
Debtor:     Hasham R. Syed and Nighat A. Syed
Case No.:   22-17137-VFP
Caption:    Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability of a Debt Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004

*The undersigned hereby consent to the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**
*Attorneys for Trustee Charles M. Forman*

By: _____
JUDAH B. LOEWENSTEIN, ESQ.

Dated: November 30, 2022

**NORGAARD O'BOYLE**
*Attorneys for Debtors, Hasham R. Syed and Nighat A. Syed*

By: _____
KARL J. NORGAARD, ESQ.

Dated: November 30, 2022

United States Bankruptcy Court

District of New Jersey

In re:  
Hasham R. Syed  
Nighat A. Syed  
    Debtors

Case No. 22-17137-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John P. Di Iorio | on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com |
| Judah B Loewenstein | on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Karl J. Norgaard | on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com |

District/off: 0312-2 | User: admin | Page 2 of 2

Date Rcvd: Dec 09, 2022 | Form ID: pdf903 | Total Noticed: 1

    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca K. McDowell
    on behalf of Creditor MMG Investments III  LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Steven A. Jayson
    on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9