Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17137−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hasham R. Syed | Nighat A. Syed |
| aka Hassan Raza Syed, aka Syed H. | 54 Saw Mill Road |
| Hashmi, aka Prestige Home Linen, aka | Kinnelon, NJ 07405 |
| Prestige America LLC | |
| 54 Saw Mill Road | |
| Kinnelon, NJ 07405 | |

Social Security No.:
  xxx−xx−8044                                          xxx−xx−5047

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, G OR H
OR LIST OF CREDITORS**

   The Court having noted that the debtor filed an Amendment to Schedule D, E/F on 1/5/23 or to the List of Creditors on , and for good cause shown, it is

       ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

       It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.   In a Chapter 11 case:

     a)   a copy of the last modified plan and disclosure statement, if any, and

     b)   a copy of any order approving the adequacy of the disclosure statement
     and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

     a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

     b)   a copy of the last modified plan that has been filed in the case.

       It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

       It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
     the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,

whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: January 9, 2023
JAN: lc

<u>Vincent F. Papalia</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-17137-VFP
Hasham R. Syed  Chapter 13
Nighat A. Syed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jan 09, 2023  Form ID: oresadoc  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 09 2023 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

**Name**    **Email Address**
Denise E. Carlon
    on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Di Iorio
    on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com

Judah B Loewenstein
    on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net,

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 09, 2023 | Form ID: oresadoc | Total Noticed: 2

sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Karl J. Norgaard
 on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com
 sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Karl J. Norgaard
 on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com
 sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Rebecca K. McDowell
 on behalf of Creditor MMG Investments III  LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com,
 anovoa@slgcollect.com

Steven A. Jayson
 on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net,
 jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9