NORGAARD O'BOYLE & HANNON
184 GRAND AVENUE
ENGLEWOOD, NJ  07631-3507

Re:  HASHAM R. SYED
NIGHAT SYED
54 SAW MILL ROAD
KINNELON,  NJ  07405

Atty:  NORGAARD O'BOYLE & HANNON
184 GRAND AVENUE
ENGLEWOOD, NJ  07631-3507

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-17137

## RECEIPTS AS OF 01/13/2023                               (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/27/2022 | $450.00 |  | 11/29/2022 | $450.00 |  |
| 12/28/2022 | $450.00 |  |  |  |  |

**Total Receipts: $1,350.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,350.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023            (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 74.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALI HASHMI/MUJTABA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ALLY BANK LEASE TRUST | UNSECURED | 16,234.82 | 0.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,410.73 | 0.00% | 0.00 | 0.00 |
| 0004 | AMWEST FUNDING CORP. | MORTGAGE ARRE | 26,307.66 | 100.00% | 0.00 | 0.00 |
| 0005 | AMZAD MURSALIM AKA ZARA STITCHIN | SECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | APPLE CARD-GS BANK USA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | BENNETT WAIN C/OCHRISTPHER MUSMA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,763.32 | 0.00% | 0.00 | 0.00 |
| 0012 | CMRE FINANCIAL SERVICES INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CITI CARDS/CITIBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | CITIBANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 17,249.87 | 0.00% | 0.00 | 0.00 |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 8,025.83 | 0.00% | 0.00 | 0.00 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 616.38 | 0.00% | 0.00 | 0.00 |
| 0020 | FIRST BUSINESS SPECIALTY FINANCE LL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-17137**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0022 | UNITED STATES TREASURY/IRS | PRIORITY | 50,900.35 | 100.00% | 0.00 | 0.00 |
| 0024 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | MCNEES WALLACE & NURICK LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | MERCANTILE ADJUSTMENT BUREAU LL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | MERCEDEZ BENZ FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | PRL USA HOLDINGS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | PROVIDENT BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | SEARS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | SOLA REALTY LLC C/O SHAPIRO, ET AL | SECURED | 99,255.97 | 0.00% | 0.00 | 0.00 |
| 0034 | ST. CLARE'S HEALTH | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | STATE OF NJ | PRIORITY | 2,968.01 | 100.00% | 0.00 | 0.00 |
| 0036 | LVNV FUNDING LLC | UNSECURED | 563.92 | 0.00% | 0.00 | 0.00 |
| 0038 | THE BANK OF MISSOURI/FORTIVA | UNSECURED | 3,542.96 | 0.00% | 0.00 | 0.00 |
| 0039 | TODD CUSHNER & ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,935.39 | 0.00% | 0.00 | 0.00 |
| 0044 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 8,961.76 | 0.00% | 0.00 | 0.00 |
| 0045 | ELAVON | UNSECURED | 13,581.88 | 0.00% | 0.00 | 0.00 |
| 0046 | UNITED STATES TREASURY/IRS | UNSECURED | 6,076.83 | 0.00% | 0.00 | 0.00 |
| 0047 | BANK OF AMERICA | UNSECURED | 24,975.57 | 0.00% | 0.00 | 0.00 |
| 0048 | BANK OF AMERICA | UNSECURED | 5,302.39 | 0.00% | 0.00 | 0.00 |
| 0049 | QUANTUM3 GROUP LLC | UNSECURED | 3,308.54 | 0.00% | 0.00 | 0.00 |
| 0050 | STATE OF NJ | SECURED | 20,692.13 | 0.00% | 0.00 | 0.00 |
| 0051 | STATE OF NJ | UNSECURED | 4,429.20 | 0.00% | 0.00 | 0.00 |
| 0052 | MMG INVESTMENTS III LLC | UNSECURED | 667,803.85 | 0.00% | 0.00 | 0.00 |
| 0053 | JPMORGAN CHASE BANK NA | UNSECURED | 7,412.52 | 0.00% | 0.00 | 0.00 |
| 0054 | LVNV FUNDING LLC | UNSECURED | 18,463.59 | 0.00% | 0.00 | 0.00 |
| 0055 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,482.35 | 0.00% | 0.00 | 0.00 |
| 0056 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 4,327.57 | 0.00% | 0.00 | 0.00 |
| 0057 | CHARLES M. FORMAN | UNSECURED | 1,151,152.00 | 0.00% | 0.00 | 0.00 |
| 0058 | US BANK HOME MORTGAGE | UNSECURED | 2,319.60 | 0.00% | 0.00 | 0.00 |
| 0059 | CITIBANK NA/COSTCO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0060 | CL 45 MW LOAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0061 | ALI HASHMI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | SBA-EIDL LOAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $74.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,350.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $74.25    =    Funds on Hand: $1,275.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.