Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22−17137−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Hasham R. Syed                                  Nighat A. Syed
   aka Hassan Raza Syed, aka Syed H.             54 Saw Mill Road
   Hashmi, aka Prestige Home Linen, aka          Kinnelon, NJ 07405
   Prestige America LLC
   54 Saw Mill Road
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−8044                                      xxx−xx−5047

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/2/23 at 10:00 AM

to consider and act upon the following:

*54* – Objection to Debtor's Claim of Exemptions filed by Judah B Loewenstein on behalf of Charles M. Forman, as Ch. 7 Trustee for Prestige America Mfg Corp.. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Loewenstein, Judah)

Dated: 2/1/23

                                                                           Jeanne Naughton
                                                                           Clerk, U.S. Bankruptcy Court