# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)
### COUNSELLORS AT LAW

| | | |
|---|---|---|
| GARY K. NORGAARD† <br> JOHN O'BOYLE <br> KARL J. NORGAARD† <br> BRIAN G. HANNON† <br> _____ <br> CASSANDRA C. NORGAARD† <br> ANTHONY E. HOPE† <br> MARK E. NORGAARD† <br> JACLYNN N. MCDONNELL◊ <br> _____ <br> WILLIAM H. SCHMIDTΔ of counsel | 184 GRAND AVENUE <br> ENGLEWOOD, NEW JERSEY 07631-3507 <br> Telephone (201) 871-1333 <br> Facsimile (201) 871-3161 <br> ____ <br> 810 ASBURY AVENUE, SUITE 206 <br> OCEAN CITY, NJ 08226 <br> Telephone No. (609) 439-4070 <br> Facsimile (609) 439-4280 <br> By Appointment Only <br> ____ <br> 99 CHURCH STREET 4TH FLOOR <br> WHITE PLAINS, NEW YORK 10601 <br> By Appointment Only | Senders Direct Email: <br> kcimmino@norgaardfirm.com <br> † NJ & NY Bars <br> ◊ NJ, NY & FL Bars <br> Δ NJ, NC, DC Bars <br> www.norgaardfirm.com <br> **PLEASE REPLY TO** <br> **ENGLEWOOD OFFICE** |

March 2, 2023

Honorable Vincent F. Papalia
United State Bankruptcy Court
50 Walnut Street - Courtroom 3B
Newark, NJ 07102

**Re:    Hasham R. Syed and Nighat Syed, Debtors**
**Chapter 13, Case No. 22-17137**
**Our File No. 22-0142**
**HEARING DATE: April 6, 2023**

Dear Judge Papalia;

This letter is to confirm that the Court has set a preemptory hearing on the above-referenced Debtors' Second Modified Chapter 13 plan on April 6, 2023, at 8:45 am. Opposition may be filed by March 23, 2022, and the Debtors' response is due on March 30, 2023.

Your Honor's attention in this matter is greatly appreciated.

Respectfully submitted,

/s/*Karl J. Norgaard, Esq.*
Karl J. Norgaard, Esq.

cc: all interested parties via email