MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Attorney for the Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>   Syed Hashmi,<br><br>   Debtor. | |
| Syed Hashmi,<br><br>   Plaintiff,<br><br>v.<br><br>Ali Hashmi,<br>   Defendant. | Case No.: 22-17137<br><br>Adv. Proc. No: TBD<br><br>Chapter 13<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 544, §11 U.S.C. 547 & §11 U.S.C. 548**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 9, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor:
Case No. 22-17137
Adv. Proc. No.: TBD
Caption: **CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 544, §11 U.S.C. 547 & §11 U.S.C. 548**

___

THIS MATTER having been resolved between the Marie-Ann Greenberg, Standing Chapter 13 Trustee and Karl J. Norgaard, the debtor's counsel;

It is hereby:

**ORDERED**, that the Debtor shall stipulate that the use of the Trustee's Powers is conditioned upon debtor successfully confirming a Chapter 13 Plan; and it is further

**ORDERED,** that Marie-Ann Greenberg, Standing Chapter 13 Trustee, hereby permits the Debtor, Syed Hashmi, solely through his counsel, Karl J. Norgaard and the Law Firm of Norgaard, O'Boyle & Hannon, to exercise the powers provided to the Trustee under §11 U.SC. 544, §11 U.SC. 547 and §11 U.S.C. 548 to initiate an Adversary Proceeding seeking to void the mortgage on the debtor's residence located at 54 Saw Mill Road, Kinnelon, New Jersey 07405 held by Ali Hashmi; and it is further

**ORDERED,** that debtor's counsel shall be limited to a fee of $5,000.00 in connection with the above mentioned Adversary Proceeding, unless prior written Consent is obtained from the Chapter 13 Trustee to exceed said amount; and it is further

**ORDERED,** that in the event the Debtor becomes self-represented or retains substitute counsel, this order shall immediately become null and void and Debtor may not proceed with the above mentioned Adversary Proceeding without further order of the Court.

The undersigned are authorized to and hereby do consent to the form and entry of this Consent Order.

/s/Marie Ann Greenberg, Esq.___  /s/Karl J. Norgaard, Esq._____
By: Marie-Ann Greenberg, Esq.   By:   Karl J. Norgaard, Esq.
 *Standing Chapter 13 Trustee*   *Debtor's Attorney*
Date:  March 7, 2023   Date: March 7, 2023