MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Attorney for the Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRIT OF NEW JERSEY

Order Filed on March 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In Re:<br><br>Syed Hashmi,<br><br>Debtor. |  |
| Syed Hashmi,<br><br>Plaintiff,<br><br>v.<br><br>Ali Hashmi,<br>Defendant. | Case No.: 22-17137<br><br>Adv. Proc. No: TBD<br><br>Chapter 13<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 544, §11 U.S.C. 547 & §11 U.S.C. 548**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 9, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor:
Case No. 22-17137
Adv. Proc. No.: TBD
Caption: **CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 544, §11 U.S.C. 547 & §11 U.S.C. 548**

_____

THIS MATTER having been resolved between the Marie-Ann Greenberg, Standing Chapter 13 Trustee and Karl J. Norgaard, the debtor's counsel;

It is hereby:

**ORDERED**, that the Debtor shall stipulate that the use of the Trustee's Powers is conditioned upon debtor successfully confirming a Chapter 13 Plan; and it is further

**ORDERED,** that Marie-Ann Greenberg, Standing Chapter 13 Trustee, hereby permits the Debtor, Syed Hashmi, solely through his counsel, Karl J. Norgaard and the Law Firm of Norgaard, O'Boyle & Hannon, to exercise the powers provided to the Trustee under §11 U.SC. 544, §11 U.SC. 547 and §11 U.S.C. 548 to initiate an Adversary Proceeding seeking to void the mortgage on the debtor's residence located at 54 Saw Mill Road, Kinnelon, New Jersey 07405 held by Ali Hashmi; and it is further

**ORDERED,** that debtor's counsel shall be limited to a fee of $5,000.00 in connection with the above mentioned Adversary Proceeding, unless prior written Consent is obtained from the Chapter 13 Trustee to exceed said amount; and it is further

**ORDERED,** that in the event the Debtor becomes self-represented or retains substitute counsel, this order shall immediately become null and void and Debtor may not proceed with the above mentioned Adversary Proceeding without further order of the Court.

The undersigned are authorized to and hereby do consent to the form and entry of this Consent Order.

/s/Marie Ann Greenberg, Esq.__                    __/s/Karl J. Norgaard, Esq._____
By: Marie-Ann Greenberg, Esq.                     By:   Karl J. Norgaard, Esq.
   *Standing Chapter 13 Trustee*                      *Debtor's Attorney*
Date:   March 7, 2023                             Date: March 7, 2023

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 22-17137-VFP

Hasham R. Syed                                                                          Chapter 13

Nighat A. Syed

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

**Recip ID                         Recipient Name and Address**
db/jdb                         \+  Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

**Name                              Email Address**

Denise E. Carlon
                 on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John P. Di Iorio
                 on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com

Judah B Loewenstein
                 on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net,
                 sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Karl J. Norgaard
                 on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com
                 sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Karl J. Norgaard
                 on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com

District/off: 0312-2                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 09, 2023                    Form ID: pdf903                          Total Noticed: 1

> sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Marie-Ann Greenberg

> magecf@magtrustee.com

Rebecca K. McDowell

> on behalf of Creditor MMG Investments III  LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com,
> anovoa@slgcollect.com

Steven A. Jayson

> on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net,
> jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee

> USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9