MARIE-ANN GREENBERG, MAC-1106
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Attorney for the Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRIT OF NEW JERSEY

Order Filed on March 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>  Syed Hashmi,<br><br>  Debtor. | |
|---|---|
| Syed Hashmi,<br><br>   Plaintiff,<br><br>v.<br><br>Sola Realty, LLC,<br>   Defendant. | Case No.: 22-17137<br><br>Adv. Proc. No: TBD<br><br>Chapter 13<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 544, §11 U.S.C. 547 & §11 U.S.C. 548**

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 9, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor:
Case No. 22-17137
Adv. Proc. No.: TBD
Caption: **CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 544, §11 U.S.C. 547 & §11 U.S.C. 548**

_____

THIS MATTER having been resolved between the Marie-Ann Greenberg, Standing Chapter 13 Trustee and Karl J. Norgaard, the debtor's counsel;

It is hereby:

**ORDERED**, that the Debtor shall stipulate that the use of the Trustee's Powers is conditioned upon debtor successfully confirming a Chapter 13 Plan; and it is further

**ORDERED,** that Marie-Ann Greenberg, Standing Chapter 13 Trustee, hereby permits the Debtor, Syed Hashmi, solely through his counsel, Karl J. Norgaard and the Law Firm of Norgaard, O'Boyle & Hannon, to exercise the powers provided to the Trustee under §11 U.SC. 544, §11 U.SC. 547 and §11 U.S.C. 548 to initiate an Adversary Proceeding seeking to void the judgment lien of Sola Realty, LLC; and it is further

**ORDERED,** that debtor's counsel shall be limited to a fee of $10,000.00 in connection with the above mentioned Adversary Proceeding, unless prior written Consent is obtained from the Chapter 13 Trustee to exceed said amount; and it is further

**ORDERED,** that in the event the Debtor becomes self-represented or retains substitute counsel, this order shall immediately become null and void and Debtor may not proceed with the above mentioned Adversary Proceeding without further order of the Court.

The undersigned are authorized to and hereby do consent to the form and entry of this Consent Order.

| | |
|---|---|
| __/s/Marie Ann Greenberg, Esq. | _/s/Karl J. Norgaard, Esq._ |
| By: Marie-Ann Greenberg, Esq. | By:   Karl J. Norgaard, Esq. |
| *Standing Chapter 13 Trustee* | *Debtor's Attorney* |
| Date:   March 6, 2023 | Date: March 6, 2023 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-17137-VFP
Hasham R. Syed                                                                            Chapter 13
Nighat A. Syed
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John P. Di Iorio | on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com |
| Judah B Loewenstein | on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Karl J. Norgaard | on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com |

District/off: 0312-2 — User: admin — Page 2 of 2
Date Rcvd: Mar 09, 2023 — Form ID: pdf903 — Total Noticed: 1

| | |
|---|---|
| | sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor MMG Investments III LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Steven A. Jayson | on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9