Debtor: Hasham R. Syed & Nighat A. Syed
Case No. 22-17137
Caption of Order: Consent Order to Allow Late Claim
**SCURA, WIGFIELD HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
Dstevens@scura.com
*Counsel for Amzad Mursalim*



Order Filed on April 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>Hasham R. Syed & Nighat A. Syed,<br><br>Debtors. | Case No.: 22-17137<br><br>Chapter 13<br><br>Judge: Hon. Vincent F. Papalia |

### CONSENT ORDER TO ALLOW CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: April 10, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Hasham R. Syed & Nighat A. Syed
Case No. 22-17137
Caption of Order: Consent Order to Allow Late Claim

This matter having come before the Court upon agreement of Amzad Mursalim ("Mursalim") and Hasham R. Syed and Nighat A. Syed (collectively, the "Debtors"); Debtors being indebted to Mursalim as a result of a personal loan; Debtors having sent notice to a business rather than personal address, and the Mursalim having not received the notice; and Debtor having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that Mursalim may file a general unsecured claim within seven (7) days of the date of this Order, and such claim shall be paid by the Chapter 13 trustee in accordance with any subsequently confirmed plan and the priority scheme set forth in the Bankruptcy Code.

| | |
|---|---|
| Karl J. Norgaard, Esq.<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>KNorgaard@norgaardfirm.com | /s/ David L. Stevens<br><br>David L. Stevens, Esq.<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota LLP<br>1 Harmon Meadow Blvd<br>Secaucus, New Jersey 07094<br>dstevens@scura.com |