Debtor: Hasham R. Syed & Nighat A. Syed
Case No. 22-17137
Caption of Order: Consent Order to Allow Late Claim
**SCURA, WIGFIELD HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
Dstevens@scura.com
*Counsel for Amzad Mursalim*



Order Filed on April 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No.: 22-17137 |
| Hasham R. Syed & Nighat A. Syed, | Chapter 13 |
| Debtors. | Judge: Hon. Vincent F. Papalia |

### CONSENT ORDER TO ALLOW CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: April 10, 2023**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor: Hasham R. Syed & Nighat A. Syed
Case No. 22-17137
Caption of Order: Consent Order to Allow Late Claim

This matter having come before the Court upon agreement of Amzad Mursalim ("Mursalim") and Hasham R. Syed and Nighat A. Syed (collectively, the "Debtors"); Debtors being indebted to Mursalim as a result of a personal loan; Debtors having sent notice to a business rather than personal address, and the Mursalim having not received the notice; and Debtor having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that Mursalim may file a general unsecured claim within seven (7) days of the date of this Order, and such claim shall be paid by the Chapter 13 trustee in accordance with any subsequently confirmed plan and the priority scheme set forth in the Bankruptcy Code.

| | |
|---|---|
| Karl J. Norgaard, Esq.<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>KNorgaard@norgaardfirm.com | /s/ David L. Stevens<br><br>David L. Stevens, Esq.<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota LLP<br>1 Harmon Meadow Blvd<br>Secaucus, New Jersey 07094<br>dstevens@scura.com |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17137-VFP |
| Hasham R. Syed | Chapter 13 |
| Nighat A. Syed | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

**Name**      **Email Address**

David L. Stevens
    on behalf of Creditor Amzad Mursalim dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
    on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John P. Di Iorio
    on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com

Judah B Loewenstein
    on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Karl J. Norgaard
    on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com

| | |
|---|---|
| | sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor MMG Investments III LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Steven A. Jayson | on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10