UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtors
By:  Karl J. Norgaard, Esq. (KN-4764)

Order Filed on May 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hashim Syed and Nighat Syed

Debtors.

Case No.: 22-17137

Chapter: 13

Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 23, 2023**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle & Hannon_____, the applicant, is allowed a fee of $ ___27,668.75___ for services rendered and expenses in the amount of $___402.97___ for a total of $___28,071.72___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___n/a___ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17137-VFP |
| Hasham R. Syed | Chapter 13 |
| Nighat A. Syed | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Creditor Amzad Mursalim dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John P. Di Iorio | on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com |
| Judah B Loewenstein | on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Karl J. Norgaard | on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Karl J. Norgaard
   on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com
   sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Rebecca K. McDowell
   on behalf of Creditor MMG Investments III LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Steven A. Jayson
   on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10