# EXHIBIT C

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
AmWest Funding Corporation

CASE NO. 22-17137 VFP
CHAPTER 13
Judge: Vincent F. Papalia

In re:

Nighat A. Syed
Hasham R. Syed a/k/a Hassan Raza Syed a/k/a Syed
H. Hashmi a/k/a Prestige America LLC a/k/a Prestige
Home Linen

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 09/01/2021

I, Julian Tioseco, employed as Vice President by AmWest Funding Corporation, hereby certifies the following information:
Recorded on 12/09/2021 in Morris County, in Book 24288, Page 327
Property Address: 54 Saw Mill Road, Kinnelon NJ 07405.

Mortgage Holder: AmWest Funding Corporation

Mortgagor(s)/ Debtor(s): Nighat A. Syed

Hasham R. Syed a/k/a Hassan Raza Syed a/k/a Syed H. Hashmi a/k/a Prestige America LLC a/k/a

Prestige Home Linen

POST-PETITION PAYMENTS (Petition filed on September 08, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
|  |  | To Suspense | $7,342.19 | 09/15/2022 | $7,342.19 |
|  |  | To Suspense | $22,026.57 | 11/07/2022 | $29,368.76 |
| $7,740.05 | 10/01/2022 | 10/2022 | From Suspense | 11/07/2022 | $21,628.71 |
| $7,740.05 | 11/01/2022 | 11/2022 | From Suspense | 11/07/2022 | $13,888.66 |
| $7,740.05 | 12/01/2022 | 12/2022 | From Suspense | 11/07/2022 | $6,148.61 |
| ($7,740.05) |  | 10/2022 Reversal |  | 11/07/2022 | $13,888.66 |
| ($7,740.05) |  | 11/2022 Reversal |  | 11/07/2022 | $21,628.71 |
| ($7,740.05) |  | 12/2022 Reversal |  | 11/07/2022 | $29,368.76 |
| $7,472.62 | 10/01/2022 | 10/2022 | From | 11/07/2022 | $21,896.14 |

|  |  |  | Suspense |  |  |
|---|---|---|---|---|---|
| $7,472.62 | 11/01/2022 | 11/2022 | From Suspense | 11/07/2022 | $14,423.52 |
| $7,472.62 | 12/01/2022 | 12/2022 | From Suspense | 11/07/2022 | $6,950.90 |
| $7,472.62 | 01/01/2023 |  | $0.00 |  | $6,950.90 |
| $214.39 | 01/01/2023 | Late Charge | $0.00 |  |  |
| $7,472.62 | 02/01/2023 |  | $0.00 |  | $6,950.90 |
| $214.39 | 02/01/2023 | Late Charge | $0.00 |  |  |
| $7,472.62 | 03/01/2023 |  | $0.00 |  | $6,950.90 |
| $214.39 | 03/01/2023 | Late Charge | $0.00 |  |  |
| $7,472.62 | 04/01/2023 |  | $0.00 |  | $6,950.90 |
| $214.39 | 04/01/2023 | Late Charge | $0.00 |  |  |
| $7,472.62 | 05/01/2023 |  | $0.00 |  | $6,950.90 |
| **Total Due: $60,638.52** |  | **Total Received: $29,368.76** |  | **Arrears: $31,269.76** |  |

Continue on attached sheets if necessary.

Monthly payments past due: 4 mos. X $7,472.62
Late Charges past due: 4 mos. X $214.39
(Monthly payment+late charge)=$7,687.01 as of November 15, 2022
Arrears: $31,269.76

Each current monthly payment is comprised of:
Effective as of November 15, 2022, the current monthly payment is comprised of:

    Principal and Interest:   $ 4,287.83
    R.E. Taxes:   $
    Insurance:   $
    Other:   $ 3,184.79   (Specify: Escrow)
    TOTAL   $ 7,472.62

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
N/A

PRE-PETITION ARREARS: $26,307.66

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 5/23/23

Signature