UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Movant: AmWest Funding Corporation

Case No.: 22-17137 VFP

Chapter: 13

Adv. No.: _____

In Re:

Nighat A. Syed
Hasham R. Syed a/k/a Hassan Raza Syed
a/k/a Syed H. Hashmi a/k/a Prestige
America LLC a/k/a Prestige Home Linen
  Debtor/Respondent

Hearing Date: <INSERT DATE>

Judge: Vincent F. Papalia

Co-Debtor/Respondent

**CERTIFICATION OF SERVICE**

1. I, Thomas Diruscio

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, Esquire, who represents the Movant in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 30, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief of Automatic Stay
   - Certification of Support in Motion of Relief from Automatic Stay
   - Proposed Order
   - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: May 30, 2023                /S/Thomas Diruscio
                                   Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Nighat A. Syed<br>54 Saw Mill Road<br>Kinnelon, NJ 07405<br>Hasham R. Syed a/k/a Hassan Raza Syed a/k/a Syed H. Hashmi a/k/a Prestige America LLC a/k/a Prestige Home Linen<br>54 Saw Mill Road<br>Kinnelon, NJ 07405 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Norgaard, Mark E<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greenberg, Marie-Ann<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*