# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)
**COUNSELLORS AT LAW**

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

_____

ANTHONY E. HOPE†
MARK E. NORGAARD†
JACLYNN N. MCDONNELL◊

_____

WILLIAM H. SCHMIDT of counsel
ILISSA CHURGIN HOOK of counsel †
MILICA A. FATOVICH of counsel

**184 GRAND AVENUE**
**ENGLEWOOD, NEW JERSEY 07631-3507**
Telephone (201) 871-1333
Facsimile (201) 871-3161

____
810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NEW JERSEY 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only

____
1025 WESTCHESTER AVENUE, SUITE 215
WHITE PLAINS, NEW YORK 10604
By Appointment Only

Senders Direct Email:
kcimmino@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars

www.norgaardfirm.com

**PLEASE REPLY TO**
**ENGLEWOOD OFFICE**

July 17, 2023

Clerk of the Court
United State Bankruptcy Court
50 Walnut Street - Courtroom 3B
Newark, NJ 07102

**Re:** **Hasham R. Syed and Nighat Syed, Debtors**
**Chapter 13, Case No. 22-17137**
**Our File No. 22-0142**
**Docket #**

Dear Sir/Madam:

    Please be advised that our office filed a Second Modified Plan on March 1, 2023, Docket No. 61. At this time, we would like to withdraw the Second Modified Plan. We will be filing a new Second Modified plan with the court.

    Your attention to this matter is greatly appreciated.

                                  Very truly yours,
                                  /s/*Karl J. Norgaard, Esq.*
                                  Karl J. Norgaard, Esq.

Enclosure