| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |

|  |  |
|---|---|
| Case No.: | _____ |
| Chapter: | _____ |
| In Re: Adv. No.: | _____ |
| Hearing Date: | _____ |
| Judge: | _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

## Service List

Ali Hashmi
20495 Cherrystone Pl
Ashburn, VA 20147-3765

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10497
Greenville, SC 29603-0587

U.S. Bank National Association dba Elavon
Bankruptcy Department
PO Box 108
Saint Louis MO 63166

IRS - Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

State of New Jersey
Division of Taxation Compliance Activity
PO Box 245
Trenton, NJ 08695-0245

MMG Investments III, LLC
Department 7740
PO Box 4110
Woburn, MA 01888

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10497
Greenville, SC 29603-0587

Sola Realty LLC c/o Shapiro, et al
Continental Plaza II
411 Hackensack Ave Fl 6
Hackensack, NJ 07601-6328

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10497
Greenville, SC 29603-0587

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Portfolio Recovery Associates, LLC
c/o Best Buy
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

The Bank of Missouri dba Fortiva
PO Box 105555
Atlanta, GA 30348

Charles M. Forman, Chapter 7 Trustee of Prestige
c/o Mellinger Kartzman LLC
Attn: Steven A. Jayson, Esq.
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 0950

Ally Bank Lease Trust c/o AIS Portfolio Services,
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

Cushner & Associates, P.C.
399 Knollwood Rd, Suite 205
White Plains, NY 10603

Amzad Mursalim aka Zara Stitching LLC
245 4th St Ste 1
Passaic, NJ 07055-7840