Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−17137−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hasham R. Syed
aka Hassan Raza Syed, aka Syed H.
Hashmi, aka Prestige Home Linen, aka
Prestige America LLC
54 Saw Mill Road
Kinnelon, NJ 07405

Nighat A. Syed
54 Saw Mill Road
Kinnelon, NJ 07405

Social Security No.:
  xxx−xx−8044                                             xxx−xx−5047

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/5/22 and a confirmation hearing on such Plan has been scheduled for 7/20/23.

The debtor filed a Modified Plan on 7/17/23 and a confirmation hearing on the Modified Plan is scheduled for 8/17/23 @ 8:30. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.


Dated: July 18, 2023
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 22-17137-VFP
Hasham R. Syed    Chapter 13
Nighat A. Syed
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 18, 2023 | Form ID: 186 | Total Noticed: 80 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228 |
| cr | + | Amzad Mursalim, 245 4th Street, Building 2, Passaic, NJ 07055, UNITED STATES 07055-7840 |
| r | + | Scott Cowan, Scott Cowan, Keller Williams Town Life, 25 Washington Street, Suite 230, Tenafly, NJ 07670-2027 |
| cr | + | Sola Realty LLC, c/o Shapiro, Croland, Reiser Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601 UNITED STATES 07601-6328 |
| 519805873 | | Ali Hashmi, 20495 Cherrystone Pl, Ashburn, VA 20147-3765 |
| 519700448 | | Ali Hashmi/MUJTABA, 24 Pinecrest Rd, Jersey City, NJ 07305-1223 |
| 519765673 | | AmWest Funding Corp., 6 Pointe Srive Ste 300, Brea, CA 92821 |
| 519700451 | | Amwest Funding Corp., 6 Pointe Dr Ste 300, Brea, CA 92821-6323 |
| 519805874 | | Amzad Mursalim aka Zara Stitching LLC, 245 4th St Ste 1, Passaic, NJ 07055-7840 |
| 519700452 | + | Amzad Mursalim aka Zara Stitching LLC, 245 4th St Bldg 2ND, Passaic, NJ 07055-7840 |
| 519700454 | | Bennett Wain c/oChristpher Musmanno, Esq, 165 E Main St, Denville, NJ 07834-2618 |
| 519700455 | + | Black to Green LLC, 50 Hilton St, Easton, PA 18042-7331 |
| 519770958 | | CL 45 MW Loan, c/o Saldutti Law Group, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |
| 519700459 | | Celentano Stadmauer & Walentowicz LLP, 1035 US Highway 46 Ste B208, Clifton, NJ 07013-2469 |
| 519864493 | + | Cushner & Associates, P.C., 399 Knollwood Rd, Suite 205, White Plains, NY 10603-1916 |
| 519700467 | | First Business Specialty Finance LLC, c/o Josh Kopp, Esq., 10 E Doty St Ste 900, Madison, WI 53703-3390 |
| 519851477 | | Hassan Syed, 54 Saw Mill Rd., Kinnelon, NJ 07405-3228 |
| 519700471 | | JP Morgan Chase Ban, 300 N Walnut St Fl 9, Wilmington, DE 19801-3973 |
| 519700472 | | LVNV Funding LLC, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519716684 | + | MMG Investments III, LLC, Department 7740, PO Box 4110, Woburn, MA 01888-4110 |
| 519700473 | + | McNees Wallace & Nurick LLC, 100 Pine St, Harrisburg, PA 17101-1288 |
| 519700476 | | PRL USA Holdings, c/o Blakely Law Group, 1334 Park View Ave Ste 280, Manhattan Beach, CA 90266-3752 |
| 519700477 | | Provident Bank, PO Box 1001, Iselin, NJ 08830-1001 |
| 519805876 | | SBA-EIDL Loan, 409 3rd St SW, Washington, DC 20024-3212 |
| 519700480 | | Sola Realty LLC c/o Shapiro, et al, Continental Plaza II, 411 Hackensack Ave Fl 6, Hackensack, NJ 07601-6328 |
| 519700481 | | St. Clare's Health, 25 Pocono Rd, Denville, NJ 07834-2954 |
| 519700482 | | State of New Jersey, Division of Taxation Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519700486 | | Todd Cushner & Associates, 399 Knollwood Rd Ste 205, White Plains, NY 10603-1916 |
| 519706933 | + | U.S. Bank National Association dba Elavon, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519700488 | | Velocity Investments, LLC, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519700780 | | Zeshan Syed, 54 Saw Mill Rd, Kinnelon, NJ 07405-3228 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:14:36 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:14:25 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jul 18 2023 21:04:00 | MMG Investments III, LLC as assignee of CL45 MW Lo, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 21:03:12 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519702978 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:14:33 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519763378 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:03:54 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519700449 | | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2023 21:04:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 519700450 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2023 21:14:22 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519744303 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2023 21:14:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519700453 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 18 2023 21:04:00 | Apple Card-GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519700457 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 18 2023 21:14:28 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 519700456 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 18 2023 21:03:14 | BMW Financial Services, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 519818528 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:03:11 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519711628 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2023 21:04:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519700458 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:14:18 | CBNA/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519700463 | ^ | MEBN | Jul 18 2023 20:59:32 | CMRE Financial Services Inc., PO Box 54028, Los Angeles, CA 90054-0028 |
| 519700465 | | Email/Text: correspondence@credit-control.com | Jul 18 2023 21:04:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519762205 | + | Email/Text: attorneys@msklaw.net | Jul 18 2023 21:04:00 | Charles M. Forman, Chapter 7 Trustee of Prestige, c/o Mellinger Kartzman LLC, Attn: Steven A. Jayson, Esq., 101 Gibralter Drive, Suite 2F, Morris Plains, New Jersey 07950-1287 |
| 519700460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:04:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519700461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:14:33 | Citibank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 519700462 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:14:26 | Citibank NA/Costco, PO Box 9001037, Louisville, KY 40290-1037 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519700464 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2023 21:05:00 | | Comenity Bank/BJ's Club, PO Box 182120, Columbus, OH 43218-2120 |
| 519700466 | | Email/PDF: creditonebknotifications@resurgent.com Jul 18 2023 21:03:55 | | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519700468 | | Email/Text: Atlanticus@ebn.phinsolutions.com Jul 18 2023 21:04:00 | | Home Depot, PO Box 105555, Atlanta, GA 30348-5555 |
| 519700469 | | Email/Text: sbse.cio.bnc.mail@irs.gov Jul 18 2023 21:05:00 | | IRS - Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519771887 | | Email/PDF: ais.chase.ebn@aisinfo.com Jul 18 2023 21:03:51 | | JP Morgan Chase Bank, PO Box 182055, Columbus, OH 43218-2055 |
| 519725450 | | Email/PDF: ais.chase.ebn@aisinfo.com Jul 18 2023 21:14:29 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519728004 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Jul 18 2023 21:04:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519705274 | + | Email/PDF: resurgentbknotifications@resurgent.com Jul 18 2023 21:03:15 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519700474 | ^ | MEBN | Jul 18 2023 20:59:16 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519700475 | | Email/Text: M74banko@mercedes-benz.com Jul 18 2023 21:04:00 | | Mercedez Benz Financial Services LLC, PO Box 685, Roanoke, TX 76262-0685 |
| 519713492 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 18 2023 21:05:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519751459 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2023 21:02:29 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519705267 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 18 2023 21:04:05 | | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519715130 | | Email/Text: bnc-quantum@quantum3group.com Jul 18 2023 21:05:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519758252 | | Email/Text: bnc-quantum@quantum3group.com Jul 18 2023 21:05:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519700478 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 18 2023 21:14:15 | | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519700479 | | Email/Text: ecourts.col_efilings@fskslaw.com Jul 18 2023 21:04:00 | | Sears, c/o Fein Such Kahn & Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 519701203 | + | Email/PDF: gecsedi@recoverycorp.com Jul 18 2023 21:03:07 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519700483 | | Email/PDF: gecsedi@recoverycorp.com Jul 18 2023 21:14:23 | | Synchrony Bank/VENMO, PO Box 960061, Orlando, FL 32896-0061 |
| 519700484 | ^ | MEBN | Jul 18 2023 20:59:13 | Synergetic Communication, Inc., 5450 NW Central Dr Ste 220, Houston, TX 77092-2061 |
| 519700485 | | Email/Text: Atlanticus@ebn.phinsolutions.com Jul 18 2023 21:04:00 | | TBOM ATLS Fortiva THD, PO Box 10555, Atlanta, GA 30310-0555 |
| 519759138 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Jul 18 2023 21:04:00 | | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 519767873 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Jul 18 2023 21:05:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: 186 | Total Noticed: 80 |

| 519700487 | | Email/Text: BAN5620@UCBINC.COM | | |
| | | | Jul 18 2023 21:04:00 | 63166-0108<br>United Collection Bureau, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 519754045 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 18 2023 21:04:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519700489 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 18 2023 21:04:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519771889 | | Fein Such Kahn & Shepard, PC |
| 519744305 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519744307 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519700470 | * | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519805875 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank, PO Box 182055, Columbus, OH 43218-2055 |
| 519770959 | ## | Saldutti Law Group, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Creditor Amzad Mursalim dstevens@scura.com<br>ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John P. Di Iorio | on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com |
| Judah B Loewenstein | on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Karl J. Norgaard | on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com<br>sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com<br>sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |

| | |
|---|---|
| Karl J. Norgaard | on behalf of Plaintiff Hasham R. Syed knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor MMG Investments III LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Steven A. Jayson | on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11