UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O   BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Telecopier Number (201) 871-3161
Attorneys for Debtor
By: Karl J. Norgaard, Esq.
(KN - 4764)

Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
HASHIM SYED and
NIGHAT SYED,

Case No.:     22-17137 (VFP)

Chapter:          13

Judge:     Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: July 27, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____ Karl J. Norgaard, Esq. _____

as  Special Real Estate Counsel to the Trustee/DIP , it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is:    184 Grand Avenue _____

                                   Englewood, NJ 07631 _____

                                     _____

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper
application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

     ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
13 case. Payment to the professional may only be made after satisfactory completion of
services.

4.     The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*