Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17137−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hasham R. Syed | Nighat A. Syed |
| aka Hassan Raza Syed, aka Syed H. | 54 Saw Mill Road |
| Hashmi, aka Prestige Home Linen, aka | Kinnelon, NJ 07405 |
| Prestige America LLC | |
| 54 Saw Mill Road | |
| Kinnelon, NJ 07405 | |

Social Security No.:
xxx−xx−8044                    xxx−xx−5047

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Rebecca Hernandez , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

54 Saw Mill Road, Kinnelon, New Jersey 07405


Dated: August 11, 2023
JAN: rh

Jeanne Naughton
Clerk