**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Charles M. Forman, Chapter 7 Trustee for Prestige America Mfg. Corp.*

**Order Filed on August 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>HASHAM R. SYED and NIGHAT A. SYED,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 22-17137 (VFP)<br><br>Chapter 13<br><br>The Honorable Vincent F. Papalia |

**CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT
PURSUANT TO 11 U.S.C. §§ 523(a), 1328 AND FED. R. BANKR. P. 4004**

The relief set forth on the following pages numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 17, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2 of 3
Debtor:      Hasham R. Syed and Nighat A. Syed
Case No.:    22-17137-VFP
Caption:     Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability of a Debt Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004

This matter having been brought before the Court by Charles M. Forman, the court-appointed Chapter 7 Trustee (the "Trustee") of Prestige America Mfg. Corp., creditor of Hasham R. Syed ("H. Syed") and Nighat A. Syed ("N. Syed"; together with H Syed the "Debtors"), by and through counsel, Mellinger Kartzman LLC, upon an application for the entry of a Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004; and the interested parties having amicably agreed to the relief sought and the Court having noted the consent of counsel to the within Order and for other good cause shown, it is hereby

**ORDERED AS FOLLOWS**:

1.  The time within which Charles M. Forman may file a Complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004, and/or determine the dischargeability of a debt under 11 U.S.C. § 523(a) is hereby extended up to and including November 6, 2023, without prejudice to seek further extensions, and without prejudice to the Debtors' right to object to any further extensions.

2.  A true copy of this Order shall be served upon the interested parties within seven (7) days of the date of entry.

Page 3 of 3
Debtor: Hasham R. Syed and Nighat A. Syed
Case No.: 22-17137-VFP
Caption: Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability of a Debt Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004

---

*The undersigned hereby consent to the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**
*Attorneys for Trustee Charles M. Forman*

By: _____
JUDAH B. LOEWENSTEIN, ESQ.

Dated: August __, 2023

**NORGAARD O'BOYLE**
*Attorneys for Debtors, Hasham R. Syed and Nighat A. Syed*

By: _____
KARL J. NORGAARD, ESQ.

Dated: August __, 2023

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 22-17137-VFP
Hasham R. Syed    Chapter 13
Nighat A. Syed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Aug 17, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

**Name**    **Email Address**

David L. Stevens
    on behalf of Creditor Amzad Mursalim dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
    on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John P. Di Iorio
    on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com

Judah B Loewenstein
    on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Karl J. Norgaard

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Hasham R. Syed knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor MMG Investments III LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Steven A. Jayson | on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11