UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Hashim Syed and Nighat Syed | Case No.: 22-17137 (VFP)<br>Chapter: 13<br>Judge: Vincent F. Papalia |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

<u>Charles M. Forman</u>, <u>Chapter 7</u> <u>Trustee for Prestige America Mfg. Corp.</u>, proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King Jr. Federal Building<br>50 Walnut Street, P.O. Box 1352<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on September 21, 2023, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action**: On August 24, 2021, H. Syed withdrew $211,000.00 by way of a bank check from the Columbia Bank Account of the Chapter 7 Debtor, Prestige America Mfg. Corp. ("Prestige"), Case No. 21-19297, made payable to Vital Abstract LLC. On August 27, 2021, Vital Abstract deposited the Check in its account. The Check deposited by Vital Abstract on August 27, 2021, was for the purchase of property located at 54 Saw Mill Road, Kinnelon, New Jersey (the "Property") by H. Syed. On September 1, 2021, Vital Abstract disbursed the proceeds of the Check for the purchase of the Property by H. Syed. On September 1, 2021, H. Syed completed the purchase of the Property for the benefit of the Chapter 13 Debtors as their primary residence. Prestige received no benefit from the Purchase of the Property by H. Syed. H. Syed converted funds of Prestige, in the sum of $211,000 for his own personal benefit for the purchase of the Property. A little over three (3) months later, H. Syed caused Prestige to file a Chapter 7 bankruptcy petition and a Chapter 7 Trustee (the "Trustee") was appointed. The Trustee alleges that H. Syed committed a wrongful act when he misappropriated funds from Prestige through improper means. The funds can be directly traced from Prestige to the purchase of the Property. The Trustee alleges that the conversion of the $211,000 by H. Syed to purchase the Property warrants the imposition of a Constructive Trust (the "Constructive Trust") in favor of Prestige over the Property.

**Pertinent terms of settlement**: The Trustee and the Chapter 13 Debtors settled this matter. Upon entry of an Order approving the executed Settlement Agreement, a Constructive Trust shall be imposed on the Property and the proceeds of the sale of the Property in favor of Prestige. After payment of the mortgage against the Property, and the realtor's commission, net sale proceeds of about $226,500 will be available. Prestige has agreed to allow the Debtor's attorney to be paid $28,000 in fees, $20,692.13 to the State Division of Taxation to satisfy its judgment for unpaid taxes, and $15,000 to H. Syed on account of his exemption claim. That will leave net sale proceeds of about $162,807.87. On the date of the sale of the Property by the Chapter 13 Debtors, the closing agent shall remit to the Trustee for Prestige the sum of no less than ONE HUNDRED SIXTY THOUSAND DOLLARS ($160,000.00) (the "Settlement Funds"), or such other greater amount as calculated. The Trustee shall be paid the greater of $160,000 and the net sale proceeds of the sale of the Property. Should the amounts payable to others than the Trustee be greater than the amounts indicated, the amount payable to the Debtor on account of his exemption claim shall be reduced accordingly so that Prestige receives a minimum of $160,000. The parties shall mutually release each other from all further actions.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Steven A. Jayson, Esq., Mellinger Kartzman, LLC |
| Address: | 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950 |
| Telephone No.: | (973) 267-0220 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17137-VFP |
| Hasham R. Syed | Chapter 13 |
| Nighat A. Syed | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf905 | Total Noticed: 81 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 54 Saw Mill Road, Kinnelon, NJ 07405-3228 |
| cr | + | Amzad Mursalim, 245 4th Street, Building 2, Passaic, NJ 07055, UNITED STATES 07055-7840 |
| sp | + | Karl J. Norgaard, Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| r | + | Scott Cowan, Scott Cowan, Keller Williams Town Life, 25 Washington Street, Suite 230, Tenafly, NJ 07670-2027 |
| cr | + | Sola Realty LLC, c/o Shapiro, Croland, Reiser Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601 UNITED STATES 07601-6328 |
| 519805873 | | Ali Hashmi, 20495 Cherrystone Pl, Ashburn, VA 20147-3765 |
| 519700448 | | Ali Hashmi/MUJTABA, 24 Pinecrest Rd, Jersey City, NJ 07305-1223 |
| 519765673 | | AmWest Funding Corp., 6 Pointe Srive Ste 300, Brea, CA 92821 |
| 519700451 | | Amwest Funding Corp., 6 Pointe Dr Ste 300, Brea, CA 92821-6323 |
| 519700452 | + | Amzad Mursalim aka Zara Stitching LLC, 245 4th St Bldg 2ND, Passaic, NJ 07055-7840 |
| 519805874 | | Amzad Mursalim aka Zara Stitching LLC, 245 4th St Ste 1, Passaic, NJ 07055-7840 |
| 519700454 | | Bennett Wain c/oChristpher Musmanno, Esq, 165 E Main St, Denville, NJ 07834-2618 |
| 519700455 | + | Black to Green LLC, 50 Hilton St, Easton, PA 18042-7331 |
| 519770958 | | CL 45 MW Loan, c/o Saldutti Law Group, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |
| 519700459 | | Celentano Stadmauer & Walentowicz LLP, 1035 US Highway 46 Ste B208, Clifton, NJ 07013-2469 |
| 519864493 | + | Cushner & Associates, P.C., 399 Knollwood Rd, Suite 205, White Plains, NY 10603-1916 |
| 519700467 | | First Business Specialty Finance LLC, c/o Josh Kopp, Esq., 10 E Doty St Ste 900, Madison, WI 53703-3390 |
| 519851477 | | Hassan Syed, 54 Saw Mill Rd., Kinnelon, NJ 07405-3228 |
| 519700471 | | JP Morgan Chase Ban, 300 N Walnut St Fl 9, Wilmington, DE 19801-3973 |
| 519700472 | | LVNV Funding LLC, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519716684 | + | MMG Investments III, LLC, Department 7740, PO Box 4110, Woburn, MA 01888-4110 |
| 519700473 | + | McNees Wallace & Nurick LLC, 100 Pine St, Harrisburg, PA 17101-1288 |
| 519700476 | | PRL USA Holdings, c/o Blakely Law Group, 1334 Park View Ave Ste 280, Manhattan Beach, CA 90266-3752 |
| 519700477 | | Provident Bank, PO Box 1001, Iselin, NJ 08830-1001 |
| 519805876 | | SBA-EIDL Loan, 409 3rd St SW, Washington, DC 20024-3212 |
| 519700480 | | Sola Realty LLC c/o Shapiro, et al, Continental Plaza II, 411 Hackensack Ave Fl 6, Hackensack, NJ 07601-6328 |
| 519700481 | | St. Clare's Health, 25 Pocono Rd, Denville, NJ 07834-2954 |
| 519700482 | | State of New Jersey, Division of Taxation Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519700486 | | Todd Cushner & Associates, 399 Knollwood Rd Ste 205, White Plains, NY 10603-1916 |
| 519706933 | + | U.S. Bank National Association dba Elavon, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519700488 | | Velocity Investments, LLC, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519700780 | # | Zeshan Syed, 54 Saw Mill Rd, Kinnelon, NJ 07405-3228 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0312-2 | User: admin | | Page 2 of 5 |
| --- | --- | --- | --- |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf905 | | Total Noticed: 81 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2023 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2023 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:44:05 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:44:27 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: rmcdowell@slgcollect.com | Aug 23 2023 20:31:00 | MMG Investments III, LLC as assignee of CL45 MW Lo, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 20:45:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519702978 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:44:49 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519763378 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:45:13 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519700449 | Email/Text: ally@ebn.phinsolutions.com | Aug 23 2023 20:30:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 519700450 | Email/PDF: bncnotices@becket-lee.com | Aug 23 2023 20:45:10 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519744303 | Email/PDF: bncnotices@becket-lee.com | Aug 23 2023 20:46:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519700453 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 23 2023 20:31:00 | Apple Card-GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519700457 | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 23 2023 20:44:13 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 519700456 | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 23 2023 20:45:56 | BMW Financial Services, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 519818528 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:44:04 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519711628 | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2023 20:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519700458 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2023 20:44:57 | CBNA/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519700463 | ^ MEBN | Aug 23 2023 20:28:50 | CMRE Financial Services Inc., PO Box 54028, Los Angeles, CA 90054-0028 |
| 519700465 | Email/Text: correspondence@credit-control.com | Aug 23 2023 20:31:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519762205 | + Email/Text: attorneys@msklaw.net | Aug 23 2023 20:30:00 | Charles M. Forman, Chapter 7 Trustee of Prestige, c/o Mellinger Kartzman LLC, Attn: Steven A. Jayson, Esq., 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950-1287 |
| 519700460 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2023 20:44:32 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519700461 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2023 20:44:32 | Citibank NA, PO Box 6181, Sioux Falls, SD |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519700462 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2023 20:45:14 | Citibank NA/Costco, PO Box 9001037, Louisville, KY 40290-1037 |
| 519700464 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2023 20:31:00 | Comenity Bank/BJ's Club, PO Box 182120, Columbus, OH 43218-2120 |
| 519700466 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 23 2023 20:45:13 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519700468 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 23 2023 20:30:00 | Home Depot, PO Box 105555, Atlanta, GA 30348-5555 |
| 519700469 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2023 20:31:00 | IRS - Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519771887 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2023 20:45:01 | JP Morgan Chase Bank, PO Box 182055, Columbus, OH 43218-2055 |
| 519725450 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2023 20:45:37 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519728004 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 23 2023 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519705274 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2023 20:44:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519700474 | ^ | MEBN | Aug 23 2023 20:29:22 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519700475 | | Email/Text: M74banko@mercedes-benz.com | Aug 23 2023 20:30:00 | Mercedez Benz Financial Services LLC, PO Box 685, Roanoke, TX 76262-0685 |
| 519713492 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2023 20:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519751459 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2023 20:44:25 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519705267 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2023 20:44:16 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519715130 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2023 20:31:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519758252 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2023 20:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519700478 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2023 20:44:19 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519700479 | | Email/Text: ecourts.col_efilings@fskslaw.com | Aug 23 2023 20:31:00 | Sears, c/o Fein Such Kahn & Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 519701203 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 20:45:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519700483 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 20:45:03 | Synchrony Bank/VENMO, PO Box 960061, Orlando, FL 32896-0061 |
| 519700484 | ^ | MEBN | Aug 23 2023 20:29:40 | Synergetic Communication, Inc., 5450 NW Central Dr Ste 220, Houston, TX 77092-2061 |
| 519700485 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 23 2023 20:30:00 | TBOM ATLS Fortiva THD, PO Box 10555, Atlanta, GA 30310-0555 |
| 519759138 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 23 2023 20:30:00 | The Bank of Missouri dba Fortiva, PO Box 57117-6181 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: pdf905 | Total Noticed: 81 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 105555, Atlanta, GA 30348-5555 |
| 519767873 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 23 2023 20:31:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519700487 | | Email/Text: BAN5620@UCBINC.COM | Aug 23 2023 20:30:00 | United Collection Bureau, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 519754045 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2023 20:45:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519700489 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 23 2023 20:30:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519771889 | | Fein Such Kahn & Shepard, PC |
| 519744305 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519744307 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519700470 | * | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519805875 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank, PO Box 182055, Columbus, OH 43218-2055 |
| 519770959 | ## | Saldutti Law Group, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Creditor Amzad Mursalim dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John P. Di Iorio | on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com |
| Judah B Loewenstein | on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Karl J. Norgaard | on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf905 | Total Noticed: 81 |

sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard

on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard

on behalf of Plaintiff Hasham R. Syed knorgaard@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Marie-Ann Greenberg

magecf@magtrustee.com

Rebecca K. McDowell

on behalf of Creditor MMG Investments III LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com,
anovoa@slgcollect.com

Steven A. Jayson

on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11