UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
AmWest Funding Corporation

In Re:

Hasham Syed & Nighat Syed,,

Debtors.

Case No.:    22-17137-VFP

Chapter:     13

Hearing Date:    10/05/2023

Judge:    Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 24)

_____

Date: 9/29/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*