UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
AmWest Funding Corporation

In Re:

Hasham Syed & Nighat Syed,,

Debtors.

Case No.: __22-17137-VFP__

Chapter: __13__

Hearing Date: __10/05/2023__

Judge: __Papalia__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion for Relief from Stay re: 54 Saw Mill Road (Docket # 103)

_____

Date: 9/29/2023                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*