UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

SERVICE LIST

Ali Hashmi
20495 Cherrystone Pl
Ashburn, VA 20147-3765

Ally Financial
PO Box 380902
Bloomington, MN 55438-0902

American Express
PO Box 981537
El Paso, TX 79998-1537

Amwest Funding Corp.
6 Pointe Dr Ste 300
Brea, CA 92821-6323

Amzad Mursalim aka Zara Stitching LLC
245 4th St Ste 1
Passaic, NJ 07055-7840

Apple Card-GS Bank USA
PO Box 7247
Philadelphia, PA 19170-0001

Bennett Wain c/oChristpher Musmanno, Esq
165 E Main St
Denville, NJ 07834-2618

Black to Green LLC
50 Hilton St
Easton, PA 18042-7391

BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 43026-7456

BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306

CBNA/Best Buy
PO Box 6497
Sioux Falls, SD 57117-6497

Celentano Stadmauer & Walentowicz LLP
1035 US Highway 46 Ste B208
Clifton, NJ 07013-2469

Citi Cards/Citibank
PO Box 6241
Sioux Falls, SD 57117-6241

Citibank NA
PO Box 6181
Sioux Falls, SD 57117-6181

Citibank NA/Costco
PO Box 9001037
Louisville, KY 40290-1037

CL 45 MW Loan
c/o Saldutti Law Group
800 Kings Hwy N Ste 300
Cherry Hill, NJ 08034-1511

CMRE Financial Services Inc.
PO Box 54028
Los Angeles, CA 90054-0028

Comenity Bank/BJ's Club
PO Box 182120
Columbus, OH 43218-2120

Credit Control LLC
3300 Rider Trl S Ste 500
Earth City, MO 63045-1338

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

First Business Specialty Finance LLC
c/o Josh Kopp, Esq.
10 E Doty St Ste 900
Madison, WI 53703-3390

Hassan Syed
54 Saw Mill Rd
Kinnelon, NJ 07405-3228

Home Depot
PO Box 105555
Atlanta, GA 30348-5555

IRS - Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
PO Box 182055
Columbus, OH 43218-2055

KML Law Group, P.C.
By: Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603-0497

LVNV Funding LLC
PO Box 98875
Las Vegas, NV 89193-8875

McNees Wallace & Nurick LLC
100 Pine St
Harrisburg, PA 17101-1200

Mercantile Adjustment Bureau LLC
165 Lawrence Bell Dr Ste 100
Williamsville, NY 14221-7900

Mercedez Benz Financial Services LLC
PO Box 685
Roanoke, TX 76262-0685

PRL USA Holdings
c/o Blakely Law Group
1334 Park View Ave Ste 280
Manhattan Beach, CA 90266-3752

Provident Bank
PO Box 1001
Iselin, NJ 08830-1001

Resurgent Capital Services
PO Box 1269
Greenville, SC 29602-1269


Saldutti Law Group
800 Kings Hwy N Ste 300
Cherry Hill, NJ 08034-1511

SBA-EIDL Loan
409 3rd St SW
Washington, DC 20024-3212

Sears
c/o Fein Such Kahn & Shepard
7 Century Dr Ste 201
Parsippany, NJ 07054-4609

Sola Realty LLC c/o Shapiro, et al
Continental Plaza II
411 Hackensack Ave Fl 6
Hackensack, NJ 07601-6328

St. Clare's Health
25 Pocono Rd
Denville, NJ 07834-2954

State of New Jersey
Division of Taxation Compliance Activity
PO Box 245
Trenton, NJ 08695-0245

Synchrony Bank/VENMO
PO Box 960061
Orlando, FL 32896-0061

Synergetic Communication, Inc.
5450 NW Central Dr Ste 220
Houston, TX 77092-2061

TBOM ATLS Fortiva THD
PO Box 10555
Atlanta, GA 30310-0555

Todd Cushner & Associates
399 Knollwood Rd Ste 205
White Plains, NY 10603-1916

United Collection Bureau
5620 Southwyck Blvd Ste 206
Toledo, OH 43614-1501
Velocity Investments, LLC
222 N La Salle St
Chicago, IL 60601-1003

Verizon
PO Box 408
Newark, NJ 07101-0408

Valerie Smith
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541

MELLINGER KARTZMAN LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.