| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road – Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707<br>Fax No.: 973-404-8886<br>Attorneys for Secured Creditor<br><br>Kimberly A. Wilson, Esquire (031441997) | |
| In Re:<br><br>**Hasham R. Syed,**<br>*aka* **Hassan Raza Syed**<br>*aka* **Syed H. Hashmi**<br>*aka* **Prestige America LLC**<br>*aka* **Prestige Home Linen**<br>         **Debtor,**<br>**Nighat A. Syed,**<br>         **Joint Debtor.** | Case No.:    22-17137-VFP<br><br>Chapter:    13<br><br>Hearing Date: 10/19/2023<br><br>Judge:    Vincent F. Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled           ☐ Withdrawn

Matter: Motion for Relief from Stay re: 2020 LAND ROVER RANGE ROVER, filed on September 13, 2023 (Docket No. 137)

Date: October 11, 2023                    /s/ Kimberly A. Wilson

                                                            Signature

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road – Lobby B, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707
Fax No.: 973-404-8886
Attorneys for Secured Creditor

Kimberly A. Wilson, Esquire (031441997)

In Re:

**Hasham R. Syed,**
*aka* **Hassan Raza Syed**
*aka* **Syed H. Hashmi**
*aka* **Prestige America LLC**
*aka* **Prestige Home Linen**
    Debtor,
**Nighat A. Syed,**

    Joint Debtor.

Case No.:    22-17137-VFP

Chapter:    13

Hearing Date:  10/19/2023

Judge:    Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg, represent JPMorgan Chase Bank, N.A. in this matter..

2. On October 11, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Status Change Form.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED:  October 11, 2023

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road – Lobby B, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707
Fax No.: 973-404-8886

By: /s/ Catherine Rusteberg
Catherine Rusteberg
Email: crusteberg@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hasham R. Syed<br>29 Phillip Drive<br>Parsippany, NJ 07054 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Nighat A. Syed<br>29 Phillip Drive<br>Parsippany, NJ 07054 | Joint Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Karl J. Norgaard<br>Norgaard O'Boyle<br>184 Grand Ave<br>Englewood, NJ 07631 | Debtors' Attorney | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |