MELLINGER KARTZMAN LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Charles M. Forman, Chapter 7 Trustee for Prestige America Mfg. Corp.*

**Order Filed on October 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>HASHAM R. SYED and NIGHAT A. SYED,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 22-17137 (VFP)<br><br>Chapter 13<br><br>The Honorable Vincent F. Papalia |

## CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT PURSUANT TO 11 U.S.C. §§ 523(a), 1328 AND FED. R. BANKR. P. 4004

The relief set forth on the following pages numbered two (2) and three (3), is hereby ORDERED.

**DATED: October 12, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case 22-17137-VFP    Doc 147    Filed 10/12/23    Entered 10/12/23 14:46:57    Desc Main
Document    Page 2 of 3

Debtor: Hasham R. Syed and Nighat A. Syed
Case No.: 22-17137-VFP
Caption: Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability of a Debt Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004

This matter having been brought before the Court by Charles M. Forman, the court-appointed Chapter 7 Trustee (the "Trustee") of Prestige America Mfg. Corp., creditor of Hasham R. Syed ("H. Syed") and Nighat A. Syed ("N. Syed"; together with H Syed the "Debtors"), by and through counsel, Mellinger Kartzman LLC, upon an application for the entry of a Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004; and the interested parties having amicably agreed to the relief sought and the Court having noted the consent of counsel to the within Order and for other good cause shown, it is hereby

**ORDERED AS FOLLOWS:**

1. The time within which Charles M. Forman may file a Complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004, and/or determine the dischargeability of a debt under 11 U.S.C. § 523(a) is hereby extended up to and including February 6, 2024, without prejudice to seek further extensions, and without prejudice to the Debtors' right to object to any further extensions.

2. A true copy of this Order shall be served upon the interested parties within seven (7) days of the date of entry.

| | |
|---|---|
| Page 3 of 3 | |
| Debtor: | Hasham R. Syed and Nighat A. Syed |
| Case No.: | 22-17137-VFP |
| Caption: | Consent Order Extending Time to File a Complaint Objecting to Discharge and/or Dischargeability of a Debt Pursuant to 11 U.S.C. §§ 523(a), 1328 and Fed. R. Bankr. P. 4004 |

*The undersigned hereby consent to the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**
*Attorneys for Trustee Charles M. Forman*

By: _____
JUDAH B. LOEWENSTEIN, ESQ.

Dated: September 28, 2023

**NORGAARD O'BOYLE**
*Attorneys for Debtors, Hasham R. Syed and Nighat A. Syed*

By: _____
KARL J. NORGAARD, ESQ.

Dated: September 28, 2023