**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    HASHAM R. SYED
    NIGHAT SYED

Order Filed on December 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  22-17137**

**Hearing Date:  12/21/2023**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: December 22, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  HASHAM R. SYED
            NIGHAT SYED
Case No.:  22-17137VFP

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 12/21/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 12/21/2023 of the plan filed on 07/17/2023, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/11/2024 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.