| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Heather Lynn Anderson (015962003)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey,<br> Division of Taxation | Order Filed on January 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>HASHAM and NIGHAT SYED<br><br>    Debtors. | Case No.: 22-17137 (VFP)<br><br>Chapter 13<br><br><br>Judge: Papalia, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 2, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtors: Syed
Case No.: 22-17137
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

This matter having been presented to the Court by Debtors Hasham and Nighat Syed ("Debtors"), by and through Debtors' counsel, Norgaard O'Boyle (Karl J. Norgaard, Esq., appearing), by Chapter 13 Plan, and in agreement with the State of New Jersey, Division of Taxation ("Taxation"), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), regarding Taxation's claims and their treatment through Debtors' Plan, and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 9) filed on August 23, 2023, is hereby allowed and treated as follows:

   a. The secured portion of Taxation's claim is allowed in its entirety in the amount of $20,692.13. $10,000 of this amount must be paid immediately from the proceeds of the sale of the property located at 54 Saw Mill Road, Kinnelon, New Jersey, as further set forth in a consent order resolving objections to the sale. Debtors Plan is hereby amended to provide for full payment of the remaining amounts of the secured claim in the amount of $10,692.13. Debtors agree that the judgments filed against Debtors will not be satisfied until this amount is paid in full;

   b. The priority portion of Taxation's claim is allowed in its entirety in the amount of $2,968.01. Debtors' Plan is hereby amended to provide for full payment of this priority portion; and

   c. The general unsecured portion of Taxation's claim in the amount of $4,429.20 shall be treated as other general unsecured claims in Debtors' Plan.

(2) IT IS FURTHER ORDERED THAT Debtors admit they have not filed their New Jersey Personal Gross Income Tax (TGI-EE) return for the 2021 tax year, and therefore Debtors agree and accept the estimates included on Taxation's Priority Proof of Claim for this tax year. Due to the estimated nature of the returns, the debt due for this years shall be classified as an unliquidated debt for purposes of 11 U.S.C. § 109(e);

(3) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming

Page 3
Debtors: Syed
Case No.: 22-17137
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

---

Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

NORGAARD O'BOYLE
Attorneys for Debtors

*/s/ Karl J. Norgaard*
Karl J. Norgaard, Esq.

MATTHEW J. PLATKIN
Attorney General of New Jersey
Attorney for Taxation

*/s/ Heather Lynn Anderson*
Heather Lynn Anderson
Deputy Attorney General