| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Heather Lynn Anderson (015962003)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey,<br> Division of Taxation | Order Filed on January 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>HASHAM and NIGHAT SYED<br><br>  Debtors. | Case No.: 22-17137 (VFP)<br><br>Chapter 13<br><br>Judge: Papalia, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 2, 2024**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtors: Syed
Case No.: 22-17137
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

This matter having been presented to the Court by Debtors Hasham and Nighat Syed ("Debtors"), by and through Debtors' counsel, Norgaard O'Boyle (Karl J. Norgaard, Esq., appearing), by Chapter 13 Plan, and in agreement with the State of New Jersey, Division of Taxation ("Taxation"), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), regarding Taxation's claims and their treatment through Debtors' Plan, and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 9) filed on August 23, 2023, is hereby allowed and treated as follows:

   a. The secured portion of Taxation's claim is allowed in its entirety in the amount of $20,692.13. $10,000 of this amount must be paid immediately from the proceeds of the sale of the property located at 54 Saw Mill Road, Kinnelon, New Jersey, as further set forth in a consent order resolving objections to the sale. Debtors Plan is hereby amended to provide for full payment of the remaining amounts of the secured claim in the amount of $10,692.13. Debtors agree that the judgments filed against Debtors will not be satisfied until this amount is paid in full;

   b. The priority portion of Taxation's claim is allowed in its entirety in the amount of $2,968.01. Debtors' Plan is hereby amended to provide for full payment of this priority portion; and

   c. The general unsecured portion of Taxation's claim in the amount of $4,429.20 shall be treated as other general unsecured claims in Debtors' Plan.

(2) IT IS FURTHER ORDERED THAT Debtors admit they have not filed their New Jersey Personal Gross Income Tax (TGI-EE) return for the 2021 tax year, and therefore Debtors agree and accept the estimates included on Taxation's Priority Proof of Claim for this tax year. Due to the estimated nature of the returns, the debt due for this years shall be classified as an unliquidated debt for purposes of 11 U.S.C. § 109(e);

(3) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming

Page 3
Debtors: Syed
Case No.: 22-17137
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

NORGAARD O'BOYLE
Attorneys for Debtors

MATTHEW J. PLATKIN
Attorney General of New Jersey
Attorney for Taxation

*/s/ Karl J. Norgaard*
Karl J. Norgaard, Esq.

*/s/ Heather Lynn Anderson*
Heather Lynn Anderson
Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:  
Hasham R. Syed  
Nighat A. Syed  
    Debtors

Case No. 22-17137-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 02, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 29 Phillip Drive, Parsippany, NJ 07054-4370 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:

**Name**     **Email Address**

David L. Stevens  
    on behalf of Creditor Amzad Mursalim dstevens@scura.com  
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon  
    on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Heather Lynn Anderson  
    on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

John P. Di Iorio  
    on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com

Judah B Loewenstein  
    on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net,

Case 22-17137-VFP    Doc 157    Filed 01/04/24    Entered 01/05/24 00:16:32    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 02, 2024 | Form ID: pdf903 | Total Noticed: 1 |

sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Karl J. Norgaard

on behalf of Plaintiff Hasham R. Syed knorgaard@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard

on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard

on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly A. Wilson

on behalf of Creditor JPMORGAN CHASE BANK  N.A. kimwilson@raslg.com

Marie-Ann Greenberg

magecf@magtrustee.com

Rebecca K. McDowell

on behalf of Creditor MMG Investments III  LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com,
anovoa@slgcollect.com

Sindi Mncina

on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

Steven A. Jayson

on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14