Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17137−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hasham R. Syed
aka Hassan Raza Syed, aka Syed H.
Hashmi, aka Prestige Home Linen, aka
Prestige America LLC
29 Phillip Drive
Parsippany, NJ 07054

Nighat A. Syed
29 Phillip Drive
Parsippany, NJ 07054

Social Security No.:
xxx−xx−8044                         xxx−xx−5047

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

Debtor and Joint Debtor was entered on January 12, 2024.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 12, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-17137-VFP
Hasham R. Syed                                                                            Chapter 13
Nighat A. Syed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                         Page 1 of 5
Date Rcvd: Jan 12, 2024                  Form ID: 148                  Total Noticed: 81

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 29 Phillip Drive, Parsippany, NJ 07054-4370 |
| cr | + | Amzad Mursalim, 245 4th Street, Building 2, Passaic, NJ 07055, UNITED STATES 07055-7840 |
| sp | + | Karl J. Norgaard, Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| r | + | Scott Cowan, Scott Cowan, Keller Williams Town Life, 25 Washington Street, Suite 230, Tenafly, NJ 07670-2027 |
| cr | + | Sola Realty LLC, c/o Shapiro, Croland, Reiser Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601 UNITED STATES 07601-6328 |
| 519805873 | | Ali Hashmi, 20495 Cherrystone Pl, Ashburn, VA 20147-3765 |
| 519700448 | | Ali Hashmi/MUJTABA, 24 Pinecrest Rd, Jersey City, NJ 07305-1223 |
| 519765673 | | AmWest Funding Corp., 6 Pointe Srive Ste 300, Brea, CA 92821 |
| 519700451 | | Amwest Funding Corp., 6 Pointe Dr Ste 300, Brea, CA 92821-6323 |
| 519700452 | + | Amzad Mursalim aka Zara Stitching LLC, 245 4th St Bldg 2ND, Passaic, NJ 07055-7840 |
| 519805874 | | Amzad Mursalim aka Zara Stitching LLC, 245 4th St Ste 1, Passaic, NJ 07055-7840 |
| 519700454 | | Bennett Wain c/oChristopher Musmanno, Esq, 165 E Main St, Denville, NJ 07834-2618 |
| 519700455 | + | Black to Green LLC, 50 Hilton St, Easton, PA 18042-7331 |
| 519770958 | | CL 45 MW Loan, c/o Saldutti Law Group, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |
| 519700459 | | Celentano Stadmauer & Walentowicz LLP, 1035 US Highway 46 Ste B208, Clifton, NJ 07013-2469 |
| 519864493 | + | Cushner & Associates, P.C., 399 Knollwood Rd, Suite 205, White Plains, NY 10603-1916 |
| 519700467 | | First Business Specialty Finance LLC, c/o Josh Kopp, Esq., 10 E Doty St Ste 900, Madison, WI 53703-3390 |
| 519851477 | | Hassan Syed, 54 Saw Mill Rd., Kinnelon, NJ 07405-3228 |
| 519700471 | | JP Morgan Chase Ban, 300 N Walnut St Fl 9, Wilmington, DE 19801-3973 |
| 519700472 | | LVNV Funding LLC, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519716684 | + | MMG Investments III, LLC, Department 7740, PO Box 4110, Woburn, MA 01888-4110 |
| 519700473 | + | McNees Wallace & Nurick LLC, 100 Pine St, Harrisburg, PA 17101-1288 |
| 519700476 | | PRL USA Holdings, c/o Blakely Law Group, 1334 Park View Ave Ste 280, Manhattan Beach, CA 90266-3752 |
| 519700477 | | Provident Bank, PO Box 1001, Iselin, NJ 08830-1001 |
| 519805876 | | SBA-EIDL Loan, 409 3rd St SW, Washington, DC 20024-3212 |
| 519700480 | | Sola Realty LLC c/o Shapiro, et al, Continental Plaza II, 411 Hackensack Ave Fl 6, Hackensack, NJ 07601-6328 |
| 519700481 | | St. Clare's Health, 25 Pocono Rd, Denville, NJ 07834-2954 |
| 519700486 | | Todd Cushner & Associates, 399 Knollwood Rd Ste 205, White Plains, NY 10603-1916 |
| 519706933 | + | U.S. Bank National Association dba Elavon, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519700488 | | Velocity Investments, LLC, 222 N La Salle St, Chicago, IL 60601-1003 |
| 519700780 | # | Zeshan Syed, 54 Saw Mill Rd, Kinnelon, NJ 07405-3228 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0312-2 | | User: admin | | Page 2 of 5 |
|---|---|---|---|---|
| Date Rcvd: Jan 12, 2024 | | Form ID: 148 | | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 13 2024 01:38:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 13 2024 01:38:00 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 12 2024 20:52:00 | MMG Investments III, LLC as assignee of CL45 MW Lo, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | EDI: PRA.COM | Jan 13 2024 01:38:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519702978 | + | EDI: AISACG.COM | Jan 13 2024 01:38:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519763378 | + | EDI: AISACG.COM | Jan 13 2024 01:38:00 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519700449 | | EDI: GMACFS.COM | Jan 13 2024 01:38:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 519700450 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2024 21:19:37 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519744303 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2024 21:08:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519700453 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 12 2024 20:52:00 | Apple Card-GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519700457 | | EDI: BMW.COM | Jan 13 2024 01:39:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 519700456 | | EDI: BMW.COM | Jan 13 2024 01:39:00 | BMW Financial Services, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 519818528 | + | EDI: AISACG.COM | Jan 13 2024 01:38:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519711628 | | EDI: BANKAMER | Jan 13 2024 01:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519700458 | | EDI: CITICORP | Jan 13 2024 01:38:00 | CBNA/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519700463 | ^ | MEBN | Jan 12 2024 20:51:42 | CMRE Financial Services Inc., PO Box 54028, Los Angeles, CA 90054-0028 |
| 519700465 | | Email/Text: correspondence@credit-control.com | Jan 12 2024 20:52:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519762205 | + | Email/Text: attorneys@msklaw.net | Jan 12 2024 20:52:00 | Charles M. Forman, Chapter 7 Trustee of Prestige, c/o Mellinger Kartzman LLC, Attn: Steven A. Jayson, Esq., 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950-1287 |
| 519700460 | | EDI: CITICORP | Jan 13 2024 01:38:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519700461 | | EDI: CITICORP | Jan 13 2024 01:38:00 | Citibank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519700462 | | EDI: CITICORP | Jan 13 2024 01:38:00 | Citibank NA/Costco, PO Box 9001037, Louisville, KY 40290-1037 |
| 519700464 | | EDI: WFNNB.COM | Jan 13 2024 01:38:00 | Comenity Bank/BJ's Club, PO Box 182120, Columbus, OH 43218-2120 |
| 519700466 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2024 21:07:45 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519700468 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 12 2024 20:52:00 | Home Depot, PO Box 105555, Atlanta, GA 30348-5555 |
| 519700469 | | EDI: IRS.COM | Jan 13 2024 01:38:00 | IRS - Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519771887 | | EDI: JPMORGANCHASE | Jan 13 2024 01:38:00 | JP Morgan Chase Bank, PO Box 182055, Columbus, OH 43218-2055 |
| 519725450 | | EDI: JPMORGANCHASE | Jan 13 2024 01:38:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519728004 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 12 2024 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519705274 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:07:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519700474 | ^ | MEBN | Jan 12 2024 20:50:15 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519700475 | | EDI: MERCEDES | Jan 13 2024 01:38:00 | Mercedez Benz Financial Services LLC, PO Box 685, Roanoke, TX 76262-0685 |
| 519713492 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519751459 | | EDI: PRA.COM | Jan 13 2024 01:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519705267 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:08:33 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519715130 | | EDI: Q3G.COM | Jan 13 2024 01:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519758252 | | EDI: Q3G.COM | Jan 13 2024 01:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519700478 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:07:49 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519700482 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 12 2024 20:52:00 | State of New Jersey, Division of Taxation Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519700479 | | Email/Text: ecourts.col_efilings@fskslaw.com | Jan 12 2024 20:52:00 | Sears, c/o Fein Such Kahn & Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 519701203 | + | EDI: SYNC | Jan 13 2024 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519700483 | | EDI: SYNC | Jan 13 2024 01:38:00 | Synchrony Bank/VENMO, PO Box 960061, Orlando, FL 32896-0061 |
| 519700484 | ^ | MEBN | Jan 12 2024 20:50:14 | Synergetic Communication, Inc., 5450 NW Central Dr Ste 220, Houston, TX 77092-2061 |
| 519700485 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 12 2024 20:52:00 | TBOM ATLS Fortiva THD, PO Box 10555, |

Case 22-17137-VFP    Doc 160    Filed 01/14/24    Entered 01/15/24 00:16:40    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 148 | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | | Atlanta, GA 30310-0555 |
| 519759138 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 12 2024 20:52:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 519767873 | | EDI: USBANKARS.COM | Jan 13 2024 01:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519700487 | | Email/Text: BAN5620@UCBINC.COM | Jan 12 2024 20:52:00 | United Collection Bureau, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 519754045 | + | EDI: AIS.COM | Jan 13 2024 01:39:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519700489 | | EDI: VERIZONCOMB.COM | Jan 13 2024 01:38:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519771889 | | Fein Such Kahn & Shepard, PC |
| 519744305 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519744307 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519700470 | * | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519805875 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank, PO Box 182055, Columbus, OH 43218-2055 |
| 519770959 | ## | Saldutti Law Group, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Creditor Amzad Mursalim dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| John P. Di Iorio | on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 148 | Total Noticed: 81 |

Judah B Loewenstein
    on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Karl J. Norgaard
    on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Plaintiff Hasham R. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly A. Wilson
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. kimwilson@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca K. McDowell
    on behalf of Creditor MMG Investments III  LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Sindi Mncina
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

Steven A. Jayson
    on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14