Form ovolcnv − ovolcnvv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17137−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hasham R. Syed | Nighat A. Syed |
| aka Hassan Raza Syed, aka Syed H. | 29 Phillip Drive |
| Hashmi, aka Prestige Home Linen, aka | Parsippany, NJ 07054 |
| Prestige America LLC | |
| 29 Phillip Drive | |
| Parsippany, NJ 07054 | |

Social Security No.:
xxx−xx−8044                                     xxx−xx−5047

Employer's Tax I.D. No.:

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

Dated: March 12, 2024

JAN: rah

        <u>Vincent F. Papalia</u>
        United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-17137-VFP
Hasham R. Syed  Chapter 7
Nighat A. Syed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Mar 12, 2024    Form ID: ovolcnv    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 29 Phillip Drive, Parsippany, NJ 07054-4370 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

**Name**    **Email Address**
David L. Stevens
    on behalf of Creditor Amzad Mursalim dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
    on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Case 22-17137-VFP    Doc 173    Filed 03/14/24    Entered 03/15/24 00:12:59    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2024 | Form ID: ovolcnv | Total Noticed: 2 |

| | |
|---|---|
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| John P. Di Iorio | on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com |
| Judah B Loewenstein | on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Karl J. Norgaard | on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Hasham R. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Kimberly A. Wilson | on behalf of Creditor JPMORGAN CHASE BANK  N.A. kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor MMG Investments III  LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| Steven A. Jayson | on behalf of Creditor Charles M. Forman  as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14