UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

In Re:
Kimberly A Wilson, Esq. (031441997)

**Hasham R. Syed,**
*aka* **Hassan Raza Syed,** *aka*
**Syed H. Hashmi,**
*aka* **Prestige America**
**LLC,** *aka* **Prestige Home**
**Linen, and Nighat A. Syed,**
　　　　　Debtors.

Order Filed on October 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-17137

Chapter: 7

Judge: Vincent F. Papalia

Recommended Local Form:　　☒ Followed　　☐ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 18, 2024**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page **2**
Debtors:    **Hasham R. Syed and Nighat A. Syed**
Case No.:    **22-17137**
Caption of Order:    **Order Granting Motion For Relief From Stay**

---

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Personal property more fully described as:

2020 Land Rover Range Rover, VIN # SALGV5SE9LA415086

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate

with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.