**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Kimberly A Wilson, Esq. (031441997)

**Order Filed on October 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**Hasham R. Syed,**
*aka* **Hassan Raza Syed,** *aka*
**Syed H. Hashmi,**
*aka* **Prestige America LLC,** *aka* **Prestige Home Linen, and Nighat A. Syed,**
    **Debtors.**

Case No.: 22-17137

Chapter: 7

Judge: Vincent F. Papalia

---

| Recommended Local Form: | ☒ Followed | ☐ Modified |

---

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 18, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page **2**
Debtors: **Hasham R. Syed and Nighat A. Syed**
Case No.: **22-17137**
Caption of Order: **Order Granting Motion For Relief From Stay**

---

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Personal property more fully described as:

2020 Land Rover Range Rover, VIN # SALGV5SE9LA415086

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate

with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17137-VFP |
| Hasham R. Syed | Chapter 7 |
| Nighat A. Syed | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hasham R. Syed, Nighat A. Syed, 29 Phillip Drive, Parsippany, NJ 07054-4370 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

**Name**                    **Email Address**

David Wolff
    dwtrustee@verizon.net  NJ50@ecfcbis.com

David L. Stevens
    on behalf of Creditor Amzad Mursalim dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
    on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Heather Lynn Anderson
    on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

John P. Di Iorio
    on behalf of Creditor Sola Realty LLC jdiiorio@shapiro-croland.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Judah B Loewenstein
    on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. jloewenstein@msklaw.net, sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Karl J. Norgaard
    on behalf of Debtor Hasham R. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Plaintiff Hasham R. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Joint Debtor Nighat A. Syed knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly A. Wilson
    on behalf of Creditor JPMORGAN CHASE BANK N.A. kimwilson@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca K. McDowell
    on behalf of Creditor MMG Investments III LLC as assignee of CL45 MW Loan 1, LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Sindi Mncina
    on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com

Steven A. Jayson
    on behalf of Creditor Charles M. Forman as Ch. 7 Trustee for Prestige America Mfg Corp. sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15